```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 20237
   GREGORY B BYNUM
   ROSELLA BYNUM                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-0972       SSN XXX-XX-5489
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/02/08 .

2. The case was dismissed without confirmation, 11/21/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ELITE FINANCIAL INVESTME | SECURED | .00 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| STATE DISBURSEMENT UNIT | SECURED | .00 | .00 | .00 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | .00 | .00 | .00 |
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY FINANCIA | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS MEMORIAL HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| COLONIAL LAWN CARE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CPP CHICAGOLAND | UNSECURED | NOT FILED | .00 | .00 |
| NIGRO & WESTFALL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| E & T GLASS & MIRROR | UNSECURED | NOT FILED | .00 | .00 |
| GE CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GMS PLUMBING | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NIGRO & WESTFALL | UNSECURED | NOT FILED | .00 | .00 |
| MENARDS/HRS | UNSECURED | NOT FILED | .00 | .00 |
| MENARDS/HRS | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST SALT | UNSECURED | NOT FILED | .00 | .00 |

```
NATIONAL CHECK TRST C3     UNSECURED      NOT FILED            .00         .00
NICOR GAS                  UNSECURED      NOT FILED            .00         .00
OXFORD MGMT SERVICES       UNSECURED      NOT FILED            .00         .00
PETERSON ROOFING           UNSECURED      NOT FILED            .00         .00
PREMIER BANKCARD/CHARTER   UNSECURED      NOT FILED            .00         .00
QUALITY PAINTING OF ILLI   UNSECURED      NOT FILED            .00         .00
RJD CONSTRUCTION SERVICE   UNSECURED      NOT FILED            .00         .00
CANTWELL & CANTWELL        UNSECURED      NOT FILED            .00         .00
CALLAHAN FITZPATRICK LAK   UNSECURED      NOT FILED            .00         .00
SALUTE VISA GOLD           UNSECURED      NOT FILED            .00         .00
SALUTE VISA GOLD           UNSECURED      NOT FILED            .00         .00
ST JOHN LUTHERAN CHURCH/   UNSECURED      NOT FILED            .00         .00
RICKENBACKER COLLECTIONS   UNSECURED      NOT FILED            .00         .00
SUBURBAN SQUEEGEES         UNSECURED      NOT FILED            .00         .00
SUMMIT CLINICAL SERVICES   UNSECURED      NOT FILED            .00         .00
TARGET                     UNSECURED      NOT FILED            .00         .00
TRIBUTE GOLD MASTERCARD    UNSECURED      NOT FILED            .00         .00
COLUMBUS BANK & TRUST CA   UNSECURED      NOT FILED            .00         .00
MAGES & PRICE              UNSECURED      NOT FILED            .00         .00
WFNNB/HARLEM FURNITURE     UNSECURED      NOT FILED            .00         .00
WOODS OF WAYNE             UNSECURED      NOT FILED            .00         .00
```

Summary of disbursements:

|                     | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED  | .00     | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID      | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID       | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID          | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, HOLT LAW GROUP         , was allowed $         .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

PAGE 3
CASE NO. 08 B 20237 GREGORY B BYNUM & ROSELLA BYNUM